■ DONALD C. SMITH, Petitioner, v BEATRICE SHAINSWIT, Respondent.— Application pursuant to article 78 of the Civil Practice Law and Rules in the nature of mandamus unanimously denied as moot and the petition dismissed, without costs and without disbursements. No opinion. Concur— Stevens, P. J., Markewich, Kupferman, Murphy and Nunez, JJ.

## (March 9, 1976)

■ LINCOLN GUILD HOUSING CORP., Respondent, v ESTATE OF ALAN FENNER et al., Appellants.—Judgment, Supreme Court, New York County, entered on or about March 21, 1975, unanimously affirmed for the reasons stated at Trial Term, without costs and without disbursements. Concur— Murphy, J. P., Birns, Silverman, Lane and Lynch, JJ.

■ In the Matter of RONALD NEAL, Respondent-Appellant, v GEORGE SCHOEPFER, as Executive Officer and Chief Engineer of the Triborough Bridge and Tunnel Authority, Appellant-Respondent.—Judgment, Supreme Court, New York County, entered on October 20, 1975, unanimously affirmed on opinion of Fine, J., at Special Term, without costs and without disbursements. Concur—Murphy, J. P., Lupiano, Birns, Lane and Nunez, JJ.

■ JULIE RESEARCH LABORATORIES, INC., Appellant, v AUL INSTRUMENTS, INC., Respondent. (And Two Other Actions.)—Order, Supreme Court, New York County, entered on August 29, 1975, and two judgments of said court each entered on September 19, 1975, unanimously affirmed for the reasons stated by Stecher, J., at Special Term, and that the respondent recover of the appellant one bill of $40 costs and disbursements of these appeals. Concur—Murphy, J. P., Lupiano, Birns, Lane and Nunez, JJ.

■ MARILYN M. CLURMAN, Appellant-Respondent, v RICHARD M. CLURMAN, Respondent-Appellant.—Judgment, Supreme Court, New York County, entered on September 10, 1975, unanimously affirmed on opinion of Nusbaum, J., at Trial Term, without costs and without disbursements. Concur— Murphy, J. P., Lupiano, Birns, Lane and Nunez, JJ. [84 Misc 2d 148.]

■ F. RALPH NOGG, Respondent, v CATAPANO-GROW-WALSH, Appellant.— Order, Supreme Court, New York County, entered on July 31, 1975, unanimously affirmed for reasons given at Special Term, and that the respondent recover of the appellant $40 costs and disbursements of this appeal. Concur —Kupferman, J. P., Murphy, Silverman, Capozzoli and Lane, JJ.

■ In the Matter of CHARLES LEE, Petitioner, v MORRIS AARONS, as a Justice of the Supreme Court of the State of New York, et al., Respondents.—Application for an order pursuant to article 78 of the Civil Practice Law and Rules in the nature of mandamus unanimously denied, the cross motion granted and the petition dismissed, without costs and without disbursements. No opinion. Concur—Murphy, J. P., Lupiano, Birns, Lane and Nunez, JJ.